IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK L. PERRY,

        Petitioner,                    No. 2:12-cv-2270 CKD P

   vs.

P. L. VASQUEZ,                        ORDER

        Respondent.

                               /

       On February 11, 2013, petitioner filed a document titled "writ of mandate" in which he requests that this court order the Sacramento County Superior Court to provide certain documents relevant to this proceeding. (Dkt. No. 17.) In its order dated October 16, 2012, the court stated that an answer filed in this action "shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition." (Dkt. No. 7, citing Rule 5, Fed. R. Governing § 2254 Cases.) Accordingly, shortly after respondent filed an answer (Dkt. No. 14), he lodged numerous documents with the court concerning the underlying conviction in this action. (Dkt. No. 15.) At this time, the court has no reason to believe that respondent's lodged documents do not include all relevant materials.

////

////

Accordingly, petitioner's February 11, 2013 request (Dkt. No. 17) is denied.

Dated: February 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
perr2270.ord